CjB.13.19
BKM/PCM: USAO 2018R00933

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 MAR 14  PM 5: 19

CLERK'S OFFICE
AT BALTIMORE

BY ____K____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. DKC-19-0122 |
| DAVID MARSTON, | * | (False Statement to a Firearms Dealer, 18 U.S.C. § 924(a)(1)(A); Aiding and Abetting, 18 U.S.C. § 2(a); Forfeiture, 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| Defendant. | * | |

*******

## INDICTMENT

### COUNT ONE
### (Aiding and Abetting a False Statement to a Firearms Dealer)

The Grand Jury for the District of Maryland charges that:

On or about March 3, 2018, in the District of Maryland, the defendant,

**DAVID MARSTON,**

aided, abetted, counseled, commanded, induced, and procured a Known Person to make a false statement and representation with respect to information required by Chapter 44, Title 18, United States Code to be kept in the records of Miller-Baker Arms, LLC, a licensed dealer of firearms, that is, the Known Person stated and represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that, among other things, she was the transferee of a firearm, to wit, an IWI, Tavor X95 model, 5.56mm caliber rifle, bearing serial number T9004151, when, in fact, as both the defendant and the Known Person then knew, the defendant was the true transferee of the firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2(a).

18 U.S.C. § 924(a)(1)(A)
18 U.S.C. § 2(a)

## COUNT TWO
### (Aiding and Abetting a False Statement to a Firearms Dealer)

The Grand Jury for the District of Maryland further charges that:

On or about April 7, 2018, in the District of Maryland, the defendant,

## DAVID MARSTON,

aided, abetted, counseled, commanded, induced, and procured a Known Person to make a false statement and representation with respect to information required by Chapter 44, Title 18, United States Code to be kept in the records of Bluestone Firearms, a licensed dealer of firearms, that is, the Known Person stated and represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, that, among other things, she was the transferee of the following:

1. A Del-Tone, DTI-15 model, 5.56mm caliber rifle, bearing serial number DTI-S094186

2. A Smith & Wesson, M&P-15 model, 5.56mm caliber rifle, bearing serial number ST82334

3. A Colt, LE Carbine model, 5.56mm caliber rifle receiver, bearing serial number LE079582

4. A Smith & Wesson, M&P-15 model, multi caliber rifle receiver, bearing serial number SU46336

when, in fact, as both the defendant and the Known Person then knew, the defendant was the true transferee of the firearms, in violation of Title 18, United States Code, Section 924(a)(1)(A) and Title 18, United States Code, Section 2(a).

18 U.S.C. § 924(a)(1)(A)
18 U.S.C. § 2(a)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Fed. R. Crim. P. Rule 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence, in accordance with Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction under Counts One and Two of this Indictment.

2. As a result of the offenses alleged in Counts One and Two of this Indictment, the defendant,

**DAVID MARSTON,**

shall forfeit to the United States the firearms involved in the commission of the offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Robert K. Hur*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

March 14, 2019
Date

3