# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>David Marston<br>*Defendant* | )<br>)  Case No. DKC-19-0122<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* David Marston,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

False Statement to a Firearms Dealer, 18 U.S.C. § 924(a)(1)(A)
Aiding and Abetting, 18 U.S.C. § 2(a)

Date: 03/14/2019

*Issuing officer's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 3/20/19, and the person was arrested on *(date)* 3/20/19
at *(city and state)* Baltimore, MD.

Date: 3/20/19

*Arresting officer's signature*

David Collier, SA, ATF
*Printed name and title*