**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. DKC-19-0122 |
| **DAVID MARSTON** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION FOR EXTENSION OF TIME

The defendant, David Marston, by and through undersigned counsel, hereby moves the Court to extend the deadline for filing pretrial motions to a date to be determined at the status call currently scheduled for May 9, 2019. In support thereof, the undersigned respectfully represents:

1. Pursuant to the Order entered by the Court on April 18, 2019, pretrial motions are due on May 3, 2019, and the trial is scheduled to begin on May 28, 2019. Dkt. No. 11. A motions hearing has not yet been scheduled.

2. The parties are scheduled to contact chambers via a conference call on May 9, 2019, at 9:30 a.m. for a status update. Dkt. No. 11.

3. The Government provided its initial discovery disclosures on April 23, 2019, and supplemented those disclosures on May 2, 2019.

4. The undersigned requires additional time to review the Government's disclosures, conduct investigation, and consult with Mr. Marston prior to filing pretrial motions on his behalf.

5. Counsel for the government, Assistant United States Attorney Brandon Moore, consents to the requested extension.

WHEREFORE, Mr. Marston moves the Court to extend the May 3, 2019 deadline for filing pretrial motions to a date to be set at the May 9, 2019 status call.

Respectfully submitted,

James Wyda
Federal Public Defender
for the District of Maryland

/s/
_____
RACHEL E. ZIMAROWSKI (#810604)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Telephone: (410) 962-3962
Facsimile: (410) 962-0872
Rachel_Zimarowski@fd.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that on May 3, 2019, a copy of the foregoing was served via CM/ECF to parties in this matter.

/s/
_____
Rachel E. Zimarowski