**DEBORAH K. CHASANOW**  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD 20770  
(301) 344-0634

May 9, 2019

TO: Counsel

RE: United States of America v. David Marston  
Criminal Case No. DKC 19-0122

Dear Counsel:

This will confirm the matters discussed and the schedule set during the telephone conference in the above-referenced case. While discovery has been provided, Ms. Zimarowski has recently been assigned to represent Mr. Marston and reports that she has not yet had the opportunity to review discovery with him. Defense counsel requested that the action be informally stayed for approximately forty-five (45) days. The Government agreed. Accordingly, a further telephone conference with counsel is scheduled June 25, 2019, at 9:30 a.m. Chambers will initiate the call.

The Speedy Trial Act excludes from the period within which trial must start any period "resulting from any pretrial motion from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." See 18 U.S.C. § 3161(h)(1)(D). In addition, the court may grant a trial continuance if "the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." Given the need thoroughly to review the discovery material, the exclusion of March 20, 2019, through June 25, 2019, from computation under the Speedy Trial Act is appropriate. The court concludes that the ends of justice are served by a postponement of the trial in this case and that those interests outweigh the best interest of the public and the Defendant in a speedy trial.

Despite the informal nature of this letter, it constitutes an order of the court and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW  
United States District Judge